IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ROBERT DOWD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 00-1110 (RHK/JMM) |
| | ) | |
| UNION OIL COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT AND ORDER

Defendant Life Insurance Company of North America ("LINA"), by counsel, hereby moves this Court for an extension of time until June 7, 2000, within which to answer or otherwise plead to the Complaint under Rule 12 of the Federal Rules of Civil Procedure. Counsel for Plaintiff consents to such an extension.

WHEREFORE, Defendant Life Insurance Company of North America ("LINA") respectfully requests that the Court grant the instant motion and enter an Order extending the time for LINA to answer or otherwise plead to the Complaint up to and including June 7, 2000.

FILED JUN 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: May 30, 2000

Respectfully submitted,

WELTER LAW FIRM, P.A.

By ______________________

Eric A. Welter (232373)
7760 France Avenue South
Suite 1100
Bloomington, Minnesota 55435
(612) 886-7352

Attorney for Defendant
Life Insurance Company
of North America

ORDER

The instant motion is granted and Defendant Life Insurance Company of North America shall have up to and including June 7, 2000, within which to answer or otherwise plead to the Complaint.

SO ORDERED this 5th day of June, 2000.

______________________

United States District Judge