IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ROBERT DOWD,<br><br>Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY, ET AL.,<br><br>Defendants. | ) | Case No. 00-1110 (RHK/JMM) |

CONSENT ORDER

This cause having come on to be heard on the unopposed motion of Defendant Life Insurance Company of North America to dismiss Count II of the Complaint pursuant to F.R.C.P. 12(b)(6) and to strike Plaintiff's jury demand pursuant to F.R.C.P. 12(f), and the Court being fully advised, it is hereby ORDERED that

1. The instant motion is GRANTED. Count II of the Complaint shall be dismissed with prejudice and Plaintiff's demand for a jury trial shall be stricken. This matter shall proceed as to Count I of the Complaint without prejudice to Defendant presenting a dispositive motion to this Court regarding Count I at a later date.

2. The Clerk is ordered to forward a true copy of this Order to all counsel of record.

SO ORDERED this 3d day of July, 2000.

United States District Judge

FILED JUL 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

WE ASK FOR THIS:

By ______________________

Eric A. Welter (232373)
Welter Law Firm, P.A.
7760 France Avenue South
Suite 1100
Bloomington, Minnesota 55435
(612) 886-7352

Attorney for Defendant
Life Insurance Company
of North America

Dated: June 29, 2000

SEEN AND AGREED TO:

By ______________________

Ethel Schaen (96283)
1821 University Avenue
Suite 325S
St. Paul, Minnesota 55104
(651) 642-9520

Attorney for Plaintiff
Robert Dowd

Dated: June 30, 2000