IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ROBERT DOWD,<br><br>Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY, ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 00-1110 (RHK/JMM) |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of Plaintiff Robert Dowd and Defendants Union Oil Company of California d/b/a Unocal, UNO-VEN and Life Insurance Company of North America, it is hereby ORDERED that Plaintiff's claims in this action against Defendant Union Oil Company of California d/b/a Unocal and Defendant UNO-VEN shall be, and hereby are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

The case shall otherwise proceed against Defendant Life Insurance Company of North America.

The Clerk is order to forward a true copy of this Order to all counsel of record.

SO ORDERED, this 27 day of ~~August~~ July 2000.

United States District Judge

FILED JUL 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WE ASK FOR THIS:

By ______________________
Ethel Schaen (96283)
1821 University Avenue
Suite 325S
St. Paul, Minnesota 55104
(651) 642-9520

Attorney for Plaintiff
Robert Dowd

Dated: 7/25/2000

SEEN AND AGREED TO:

By ______________________
Eric A. Welter (232373)
Welter Law Firm, P.A.
7760 France Avenue South
Suite 1100
Bloomington, Minnesota 55435
(612) 886-7352

Attorney for Defendants
Union Oil Company of California,
UNO-VEN, and
Life Insurance Company
of North America

Dated: July 24, 2000