IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ROBERT DOWD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 00-1110 (RHK/JMM) |
| | ) | |
| UNION OIL COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of Plaintiff Robert Dowd and Defendant Life Insurance Company of North America, it is hereby ORDERED that Plaintiff's claims in this action shall be, and hereby are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

The Clerk is ordered to forward a true copy of this Order to all counsel of record.

SO ORDERED, this 30th day of October, 2000.

United States District Judge

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

WE ASK FOR THIS:

By ______________________

Ethel Schaen (96283)
1821 University Avenue
Suite 325S
St. Paul, Minnesota 55104
(651) 642-9520

Attorney for Plaintiff
Robert Dowd

Dated: 10/24/2000

SEEN AND AGREED TO:

By ______________________

Eric A. Welter (232373)
Welter Law Firm, P.A.
7760 France Avenue South
Suite 1100
Bloomington, Minnesota 55435
(612) 886-7352

Attorney for Defendant
Life Insurance Company
of North America

Dated: 10-24 2000